UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
FILED
OCT 2 3 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                         INDICTMENT NO. 7:25-cr-31-KKC
                                   18 U.S.C. § 2250(a)

PHILLIP HARMON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

From in or about September 2021, the exact day unknown, and continuing through on or about September 3, 2025, in Magoffin County, in the Eastern District of Kentucky, and elsewhere,

**PHILLIP HARMON,**

a person required to register under the Sex Offender Registration Notification Act, traveled in interstate commerce and did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, all in violation of 18 U.S.C. § 2250(a).

A TRUE BILL

███████████████
FOREPERSON

_____
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not more than 10 years imprisonment, not more than a $250,000 fine, and not less than 5 years up to life supervised release.

**PLUS:** Mandatory special assessment of $100.